

DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
T 212.335.4500
F 212.335.4501
W www.dlapiper.com

Timothy W. Walsh
timothy.walsh@dlapiper.com
T  212.335.4616
F  212.884.8516

September 4, 2008

**BY HAND**

The Honorable Prudence C. Beatty
United States Bankruptcy Judge
United States Bankruptcy Court
The Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

    Re:    The Parkway Hospital, Inc.
             Chapter 11; Case No. 05-14876 (PCB)

Dear Judge Beatty:

     As a clarification to our letter dated September 2, 2008, this firm no longer serves as counsel for The Parkway Hospital, Inc., the above-referenced reorganized Debtor (the "Reorganized Debtor") effective July 25, 2008.  It is our understanding that the Court has scheduled a status conference on the Application of The Parkway Hospital, Inc. Seeking Retention of Substitute Counsel for the Reorganized Debtor (the "Application") for September 16, 2008 at 11:00 a.m.

                           Respectfully submitted,

                           /s/ Timothy W. Walsh

                           Timothy W. Walsh

cc:    Jeffrey Bayer, CFO, The Parkway Hospital, Inc.
        Kevin J. Nash, Esq., Finkel Goldstein Rosenbloom & Nash, LLP