| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date: March 31, 2009<br>11:00 a.m. |

-----------------------------------------------------------x

In re:                                   Chapter 11

THE PARKWAY HOSPITAL, INC.               Case No. 05-14876 (PCB)

                Reorganized Debtor.

-----------------------------------------------------------x

## ORDER REGARDING THE DEBTOR'S
## FIFTEENTH OMNIBUS CLAIMS OBJECTION

Upon the Fifteenth Omnibus Objection to Claims (the "Objection") filed by the Reorganized Debtor herein pursuant to 11 U.S.C. § 502(b) and Federal Rule of Bankruptcy Procedure 3007; and sufficient and proper notice having been given; and a hearing having been held from time to time beginning on October 29, 2008, and a final hearing having been held on March 31, 2009; and all of the claimants having failed to file formal opposition to the Objection; and due cause having been presented to the Court for the reclassification of the claims; it is

ORDERED, that claim numbers 11, 14, 23, 27, 52, 53, 57, 76, 78, 89, 167, 173, 188, 200, 251 and 358, all as identified in <u>Exhibit</u> "A" annexed hereto, are hereby reclassified as general unsecured creditors and allowed in the amounts set forth in <u>Exhibit</u> "A".

Dated: New York, NY
       April 8, 2009

                                      <u>/s/ Prudence Carter Beatty</u>
                                      Hon. Prudence Carter Beatty

Exhibit A

Omnibus Objection 15

| Claim Number | Claimant | Action | Amount Claimed | Amount to be Allowed |
|---|---|---|---|---|
| 11 | Industrial Pump | Reclassified as general unsecured non-priority | $ 4,777.88 | $ 4,777.88 |
| 14 | HC/Prod/Philips/NKA Sourceone | Reclassified as general unsecured non-priority | $ 85,061.57 | $79,582.19 |
| 23 | ALCO Sales | Reclassified as general unsecured non-priority | $ 2,714.00 | $ 2,714.00 |
| 27 | Med-Part | Reclassified as general unsecured non-priority | $ 12,544.33 | $11,605.33 |
| 52 | Abbott Labs | Reclassified as general unsecured non-priority | $ 1,950.95 | $ 319.92 |
| 53 | Sexauer | Reclassified as general unsecured non-priority | $ 17,379.16 | $17,379.16 |
| 57 | RSI | Reclassified as general unsecured non-priority | $ 11,553.55 | $11,553.55 |
| 76 | Metropolitan Data Solutions | Reclassified as general unsecured non-priority | $ 4,610.44 | $ 4,610.44 |
| 78 | Mechacnial Secy/Molly's | Reclassified as general unsecured non-priority | $ 11,129.35 | $ 5,089.60 |
| 89 | MFT | Reclassified as general unsecured non-priority | $ 2,663.52 | $ 2,663.52 |

Exhibit A

Omnibus Objection 15

| | | | | |
|---|---|---|---|---|
| 167 | AW | Reclassified as general unsecured non-priority | $ 1,500.00 | $ 1,500.00 |
| 173 | Cen-Med Enterprises | Reclassified as general unsecured non-priority | $ 40,777.79 | $35,975.00 |
| 188 | MG Group | Reclassified as general unsecured non-priority | $ 4,558.80 | $ 4,558.80 |
| 200 | A&L Cesspool | Reclassified as general unsecured non-priority | $ 782.10 | $ 782.10 |
| 251 | Acmi Corp. | Reclassified as general unsecured non-priority | $ 1,996.53 | $ 1,996.53 |
| 358 | GEM Medical | Reclassified as general unsecured non-priority | $ 20,447.05 | $20,447.05 |