UNITED STATES BANKRUPTCY COURT    **HEARING DATE: August 11, 2010**
SOUTHERN DISTRICT OF NEW YORK    **HEARING TIME: 10:00 a.m.**

---------------------------------------------------------x

                    : Case No. 05-14876 (SCC)

In re                      :

                    :

THE PARKWAY HOSPITAL, INC.,    : (Chapter 11)

                    :

               Debtor.   :

                    :

---------------------------------------------------------x

        PLEASE TAKE NOTICE that upon the annexed motion, the United States Trustee for

Region 2 (the "United States Trustee") will move this Court before the Honorable Shelley C.

Chapman, Bankruptcy Judge, in the United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New York 10004 on **August 11, 2010 at 10:00**

**a.m.**, or as soon thereafter as counsel can be heard, for an order converting this confirmed

chapter 11case to a case under Chapter 7, or in the Alternative, Dismissing this case and for such

other and further relief as this Court may deem just and proper.  The original motion is on file

with the Clerk of the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that any responsive papers should be filed with the

Court and personally served on the United States Trustee, at 33 Whitehall Street, 21st Floor,

New York, New York 10004-2112, to the attention of Paul K. Schwartzberg, Esq., no later than

three (3) days prior to the return date set forth above.  Such papers shall conform to the Federal

Rules of Civil Procedure and identify the party on whose behalf the papers are submitted, the

nature of the response, and the basis for such response.

Dated: New York, New York
        July 2, 2010

                                    TRACY HOPE DAVIS
                                    ACTING UNITED STATES TRUSTEE


                        By:    /s/ *Paul K. Schwartzberg*
                               Paul K. Schwartzberg
                               Trial Attorney
                               33 Whitehall Street
                               21st Floor
                               New York, New York 10004-2112
                               Tel. No. (212) 510-0500
                               Fax. No. (212) 668-2255