UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

PARKWAY HOSPITAL, INC.,

                      Debtor.
------------------------------------------------------------x

Chapter 7

Case No. 05-14876 (SCC)

## ORDER APPROVING SETTLEMENT OF NO FAULT CLAIMS

Upon the Motion, dated April 28, 207, of chapter 7 trustee of the estate of The Parkway Hospital, Inc. (the "Debtor"), for entry of an order approving the settlement of the No Fault Claims as set forth on Exhibit "B" to the Motion, and it appearing that the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York; and it appearing that consideration of the Motion is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A) and (O); and it appearing that venue of this case and the Motion in this district is proper under 28 U.S.C. §1408; and it appearing from the Certificate of Service filed with this Court that due and sufficient notice of the Motion has been given to parties entitled to receive notice and no further notice thereof is required; and based on the foregoing and the Court's review of the Motion; and it appearing that the relief requested in the Motion is fair and equitable and in the best interests of the Debtor's estate, its creditors, and other parties in interest; and after due deliberation sufficient cause appearing, it is

**ORDERED**, the Motion is granted as set forth herein; and it is further

**[CONTINUED ON NEXT PAGE]**

**ORDERED**, that the Trustee's settlement of the No Fault Claims is approved.

Dated: New York, New York
May 16, 2017

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE