**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: The Parkway Hospital, Inc.   CASE NO.: 05–14876–scc
 dba   The New Parkway Hospital, Inc.

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER: 7
11–2877986

---

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Ian J. Gazes is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: January 5, 2018

                                                      Shelley C. Chapman, Bankruptcy Judge